UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

PETER SOUMPHONPHAKDY,

Plaintiff,

vs. Case No. 20-cv-1140

EPIC MOTORSPORTS, INC.,

Defendant.

---

## DISCLOSURE STATEMENT

---

The undersigned counsel of record for Peter Soumphonphakdy, Plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

Parties the attorney represents in this action:
Peter Soumphonphakdy

The attorney does not represent a corporation.

Law firms whose attorneys will appear for the party in this Court:
DeLadurantey Law Office, LLC

Date: July 27, 2020.

s/ Nathan E. DeLadurantey
Nathan E. DeLadurantey
State Bar No. 1063937
330 S. Executive Drive, Suite 109
Brookfield, WI 53005
(414) 377-0515
E: nathan@dela-law.com