UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

PETER SOUMPHONPHAKDY,

        Plaintiff,

 vs.              Case No. 20-cv-1140

EPIC MOTORSPORTS, INC.,

        Defendant.

## NOTICE OF SETTLEMENT

 Plaintiff Peter Soumphonphakdy ("Plaintiff"), by his attorney of record, hereby provides notice to the court that a settlement agreement between the Plaintiff and Defendant Epic Motorsports, Inc., has been reached. The Parties will prepare settlement documents and anticipate filing a Notice of Dismissal within 45 days.

 Dated this 22nd day of October, 2020.

              s/ Nathan E. DeLadurantey
              Nathan E. DeLadurantey
              State Bar No. 1063937
              330 S. Executive Drive, Suite 109
              Brookfield, WI 53005
              (414) 377-0515
              E: nathan@dela-law.com