UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

PETER SOUMPHONPHAKDY,

                Plaintiff,

vs.                                            Case No. 20-cv-1140

EPIC MOTORSPORTS, INC.,

                Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Peter Soumphonphakdy ("Plaintiff"), by counsel, hereby respectfully notifies the Court that all matters alleged against Defendant Epic Motorsports, Inc., are hereby withdrawn, and asks that the case be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

Dated this 2nd day of February, 2021.

                                              s/ Nathan E. DeLadurantey
                                              Nathan E. DeLadurantey
                                              State Bar No. 1063937
                                              330 S. Executive Drive, Suite 109
                                              Brookfield, WI 53005
                                              (414) 377-0515
                                              E: nathan@dela-law.com
                                              *Attorney for the Plaintiff*